GEORGE KEISTER, Respondent, *v.* WILLIAM RANKIN, Appellant.

*Keister* v. *Rankin*, 29 App. Div. 539, appeal dismissed.
(Submitted June 20, 1898; decided June 24, 1898.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 6, 1898, affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the Court of Appeals has no jurisdiction to entertain the appeal by virtue of the provisions of section 191, subdivision 2, Code of Civil Procedure.

*Frederick S. Duncan* for motion.

*Chas. De Hart Brower* opposed.

Motion granted, without costs.